# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

Burton 11/19

| | |
|---|---|
| PLAINTIFF | Richard Arellano |
| COURT CASE NUMBER | 15 C 8576 |
| DEFENDANT | AMY SKORNIAK (officer) |
| TYPE OF PROCESS | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TINLEY PARK (police STATION)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Tinley Park IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Arellano #20150228198
P.O Box 089002
Chicago IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
DEC 17 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: Nov 1, 2015

*Richard Arellano* (signature)

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/2 | 24 | 24 | PJD | 11/19/15 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): PAM YOUNKER DESK Clerk # 977

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 7850 W. 183rd St. Tinley Park, IL 60477

Date of Service: 12/11/15
Time: 0900 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65×4= 260.00 | .575×120= 69.00 | — | 329.00 | | | |

REMARKS: 1- ENDEAVOR 12/11/15 at 15:00hrs 1 DUSM, 1 vehicle, 2 hrs TOTAL miles 60. 2nd Endeavor 12/12/15 at 0900; SERVED 1 DUSM, 1 VEHICLE, 2hrs, TOTAL 60 miles.

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)